UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| ASHLEY GIBSON )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Respondent. ) | 2:05-cv-270<br>2:03-cr-022<br>*Phillips* |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

                                                                  s/ Thomas W. Phillips
                                                              United States District Judge